# EXHIBIT "3"

# MOLFETTA DEPOSITION

MICHELE MOLFETTA
11/07/2016

1

```
 1   UNITED STATES DISTRICT COURT FOR THE
     EASTERN DISTRICT OF NEW YORK
 2   ------------------------------------------X
     SUNDRA FRANKS,
 3
                         Plaintiff,
 4                                  INDEX NO.:
                                    15CV6178(RRM)(JO)
 5          -against-

 6   THE CITY OF NEW YORK, DETECTIVE RAY WITTICK
     Shield No. 710, and DETECTIVE LOUIS TORINO
 7   (921897),

 8                       Defendants.
     ------------------------------------------X
 9
              Law Offices of Michael S. Lamonsoff, PLLC
10            32 Old Slip
              New York, New York 10005
11
              November 7, 2016
12            2:50 p.m.

13

14          DEPOSITION of MICHELE MOLFETTA, a Non-party witness

15   herein, taken by the Plaintiff, pursuant to Article 31 of the

16   Civil Practice Law & Rules of Testimony, and Subpoena, held at

17   the above-mentioned time and place, before SARA S. OUZER, a

18   Notary Public of the State of New York.

19

20

21

22

23

24

25
```

```
 1                        M. MOLFETTA
 2        A.   Raumell Duran, R-A-U-M-E-L-L, last name
 3   D-U-R-A-N.
 4        Q.   How did you come to find out that
 5   Mr. Franks was alleged to have sold crack cocaine
 6   with Raumell Duran?
 7        A.   It was a long term investigation.  We were
 8   listening to wiretaps and also reviewing the
 9   surveillances conducted by the investigators in
10   the case.
11        Q.   When you say you were "reviewing the
12   surveillances conducted by the investigators in
13   the case," what are you referring to?
14        A.   The DD5s.
15        Q.   How, specifically, did you come to learn
16   that Mr. Franks had allegedly sold crack cocaine
17   with Raumell Duran?
18        A.   From reviewing the wiretap conversations
19   along with the surveillances conducted by the
20   detectives.
21        Q.   What information was contained in the
22   wiretaps that led you to believe that Mr. Franks
23   was selling crack cocaine or had sold crack
24   cocaine with Raumell Duran?
25        A.   There were customers calling in to the
```

```
 1                    M. MOLFETTA
 2    wiretap -- calling in to the subjects that we
 3    were wiretapping.  The detectives go out and
 4    conduct surveillance pursuant to the calls that
 5    they intercept, and I believe on one of the calls
 6    a customer had ordered crack cocaine from one of
 7    the co-defendants, and when the officers went out
 8    to conduct surveillance, they observed the
 9    exchange involving Sundra Franks and his
10    co-defendant.
11         Q.   Did that wiretap that you're referring to
12    mention Sundra Franks?
13         A.   Mention?  What do you mean "mention"?
14         Q.   Well, you testified earlier that you
15    became aware that Sundra Franks had allegedly
16    sold crack cocaine with Raumell Duran based on
17    wiretaps and survaillance; is that correct?
18         A.   Yes.
19         Q.   In what way did the wiretap specifically
20    indicate to you that Sundra Franks had sold crack
21    cocaine with Raumell Duran?
22         A.   The wiretaps in and of themselves?  They
23    didn't.  He was not intercepted on that specific
24    call.
25         Q.   Right.
```

```
 1                       M. MOLFETTA
 2      A.  His co-defendant was intercepted and then
 3   they conducted surveillance of that narcotics
 4   transaction and that's where they observed Sundra
 5   Franks.
 6      Q.  When you say "that's where they observed
 7   Sundra Franks," who are you referring to?
 8      A.  Either Detective Wittick or Detective
 9   Torino.
10      Q.  Were you present for that surveillance?
11      A.  No.
12      Q.  Do you have any reason to believe that
13   Detective Wittick or Torino were lying to you
14   about what they observed?
15      A.  No.
16      Q.  What exactly did Detective Wittick and/or
17   Torino tell you about the surveillance with
18   Sundra Franks and the crack cocaine?
19      A.  Whatever's in the DD5.
20      Q.  Do you have a recollection of what they
21   told you as you sit here today?
22      A.  A specific recollection?  No.  Other than
23   that they observed the narcotics transaction.
24      Q.  When did you review that DD5?
25      A.  During the investigation or recently?
```

```
 1                       M. MOLFETTA
 2    That included the initial investigation, all the
 3    way through the grand jury indictment process,
 4    trial process -- all phases of the criminal
 5    prosecution.
 6         Q.  Do you know if Detective Torino testified
 7    at the grand jury?
 8         A.  Yes.
 9         Q.  Do you know if Detective Wittick testified
10    at the grand jury?
11         A.  Yes.
12         Q.  To your knowledge, were both of those
13    individuals -- to your knowledge, was Detective
14    Torino's testimony at the grand jury truthful?
15         A.  Yes.
16         Q.  To your knowledge, was Detective Wittick's
17    testimony at the grand jury truthful?
18         A.  Yes.
19         Q.  When did you first become aware that
20    Sundra Franks was involved in the criminal
21    allegations related to this investigation?
22         A.  It was probably around close to when we
23    were getting ready for the grand jury
24    presentation.  When it first happened, I was
25    actually out on maternity leave.
```

```
 1                        M. MOLFETTA
 2       Q.   How did you become aware that Sundra
 3  Franks was involved in this case?
 4       A.   In reviewing the documentation and getting
 5  prepared for the grand jury preparation.
 6       Q.   Specifically, what documentation are you
 7  referring to?
 8       A.   The DD5s.  And we were preparing for grand
 9  jury presentation, reviewing all the evidence in
10  the case.
11       Q.   What evidence related specifically to
12  Sundra Franks?
13       A.   The wiretap conversations in addition to
14  the surveillances.
15       Q.   When you say "surveillances," you mean
16  DD5s?
17       A.   Correct.
18       Q.   How many DD5s are you referring to?
19       A.   I believe there were two.
20            MS. SWARTZ:  I'm sorry.  Just to be
21     clear, could you say who -- those two DD5s
22     just regarded Sundra Franks, right?
23            THE WITNESS:  There were other
24     individuals --
25            MS. SWARTZ:  There were other DD5s in
```

1                        M. MOLFETTA
2        the investigation?
3              THE WITNESS: Oh, yeah.  There was other
4        DD5s.  But with respect to Sundra Franks,
5        it was two DD5s -- either Detective Torino,
6        one, Detective Wittick, the other, I
7        believe.  The DD5s mentioned Sundra, as
8        well as other people too.  It wasn't just
9        about him.
10    Q.  You're referring to those two DD5s?
11    A.  Correct.
12    Q.  Do you believe that there was any other
13       documentation in that investigation generated
14       with respect to Sundra Franks?
15             MS. SWARTZ: Objection.  You can answer.
16    A.  Any other -- police documentation?
17    Q.  Yes.
18    A.  Prosecutor documentation?
19    Q.  Police documentation.
20    A.  Other than the DD5s?
21    Q.  Yes.
22    A.  No.
23    Q.  When did you first speak to Detective
24       Torino about the investigation related to the
25       prosecution of Sundra Franks?

```
1                         M. MOLFETTA
2       A.   Around the time we were getting ready for
3    our grand jury presentation.
4       Q.   Do you know how far in advance of that
5    grand jury presentation you spoke to him?
6       A.   Just give me a second to think.  So the
7    grand jury -- probably in the beginning of 2013.
8       Q.   When was the grand jury presentation?
9       A.   It was for six months and it ended in
10   August of 2013.
11      Q.   Do you recall anything that Detective
12   Torino told you about Sundra Franks related to
13   this investigation?
14      A.   Other than the surveillance -- the DD5s?
15   No.  Nothing specifically.
16      Q.   When you say "other than the
17   surveillance," what do you mean by that?
18      A.   Other than the observation that either one
19   of them made.  Specifically anything else about
20   him?  No.
21      Q.   Do you recall ever having a conversation
22   with Detective Torino about Sundra Franks?
23      A.   At the grand jury -- when we were
24   preparing for the grand jury.
25      Q.   Do you recall what was discussed?  I'm not
```

Case 1:15-cv-06178-RRM-JO   Document 59-18   Filed 11/03/17   Page 10 of 16 PageID #: 480

MICHELE MOLFETTA
11/07/2016                                                    19

```
1                      M. MOLFETTA
2    asking if you reviewed a DD5.  I'm asking if you
3    recall any verbal conversations you had with
4    Detective Torino prior to the grand jury
5    presentation about Sundra Franks?
6         A.   I don't remember specifics.  It could have
7    been just me asking about the observation that
8    was documented.
9         Q.   Is there anything you could refer to that
10   would refresh your recollection about any
11   conversations you had with Detective Torino prior
12   to the grand jury presentation about Sundra
13   Franks?
14        A.   No.
15        Q.   Do you recall any conversations you had
16   with Detective Wittick about Sundra Franks prior
17   to the grand jury presentation?
18        A.   No.  Nothing specific.  Other than, again,
19   preparation for grand jury testimony.
20        Q.   What do you mean when you say "preparation
21   for grand jury testimony"?
22        A.   Getting ready to -- just as you're asking
23   me questions, when they go on the grand jury we
24   ask them questions.  So in terms of asking them
25   about their observations that were listed in the
```

U.S. LEGAL SUPPORT
(877) 479-2484

```
 1                      M. MOLFETTA
 2   DD5 -- questions about that.  Other than that --
 3       Q.  Do you have any recollection of talking to
 4   them about what was contained in their DD5
 5   leading up to the grand jury presentation?
 6       A.  About Sundra Franks or in general?
 7       Q.  Sundra Franks.
 8       A.  Not a specific recollection.
 9       Q.  Do you know what Sundra Franks looks like?
10       A.  No.
11       Q.  What was your understanding of the
12   allegations against Sundra Franks related to the
13   investigation?
14       A.  That he, along with several other
15   co-defendants, were selling drugs in
16   Staten Island.
17       Q.  That he was involved in a conspiracy?
18       A.  Yes.
19       Q.  You know that based on what Detectives
20   Torino and Wittick told you?
21       A.  No.  Based on what the evidence was.
22       Q.  What was the evidence?
23       A.  The wiretap conversations, along with the
24   surveillance.
25       Q.  When you say "surveillance" you mean DD5s?
```

MICHELE MOLFETTA
11/07/2016
21

M. MOLFETTA

A. Correct.

Q. And who supplied those to you?

A. Wittick and Torino.

Q. Okay. Did you ever listen to the wiretap conversations?

A. Which conversations?

Q. Any of the conversations.

A. Yes.

Q. How many of them did you listen to?

A. I have no idea. It went on for two years.

Q. Did you ever hear Sundra Franks in any of those wiretap conversations?

A. I believe so.

Q. What did he sound like?

A. I don't know what he sounded like.

Q. Was there anything distinctive about his speech pattern?

A. Not that I recall.

Q. When you say you believe you heard him on the wiretap conversations, why is that?

A. I believe he was intercepted regarding firearms, as well as other people during the investigation, but I can't remember specifically because he wasn't charged with that.

```
1                       M. MOLFETTA
2       Q.   Why wasn't he charged with that?
3       A.   No firearms were recovered.
4       Q.   Who tried to recover firearms?
5       A.   Nobody.
6       Q.   So there was no attempt to recover
7   firearms?
8       A.   There were multiple firearms recovered
9   during the investigation, but not with respect to
10  this defendant.
11      Q.   How were those multiple firearms recovered
12  during this investigation?
13           MS. SWARTZ: Objection.  You can answer.
14      A.   The police.  I don't know.  I wasn't
15  there.  The police recovered them.
16      Q.   When you say the "police," who are you
17  referring to?
18      A.   Multiple members of the New York City
19  Police Department.
20      Q.   So you have an independent recollection of
21  listening to a wiretap conversation where Sundra
22  Franks discussed firearms?
23      A.   Correct.
24      Q.   Okay.  And who else was on that wiretap
25  conversation?
```

```
 1                      M. MOLFETTA
 2        A.   It could have been Raumell Duran or
 3   Christopher Dowd.  I don't remember.
 4        Q.   And again, you didn't notice anything
 5   distinctive about Mr. Franks -- Mr. Franks's
 6   voice during that conversation?
 7             MS. SWARTZ: Objection.  You can answer.
 8        A.   No.  I listen to over a hundred different
 9   peoples voices, so no.
10        Q.   You listened to over a hundred peoples
11   different voices related to this investigation?
12        A.   The entire investigation, yes.
13        Q.   Did any of those individuals appear to
14   have a stutter?
15        A.   I don't recall.
16        Q.   Do you know if Sundra Franks has a
17   stutter?
18        A.   I don't recall.
19             MS. SWARTZ: Objection.  Note my
20        objection to that last question.
21        Q.   Okay.  So you listened to a wiretapped
22   conversation where Sundra Franks was discussing
23   the firearms?
24        A.   Yes.
25        Q.   Did you review any documents in
```

```
 1                     M. MOLFETTA
 2     preparation for your deposition today that
 3     refreshed your recollection about that?
 4         A.  No.
 5         Q.  How long ago was it that you listened to
 6     the wiretap conversation?
 7         A.  2013.
 8         Q.  Okay.  And how was it that you remember
 9     that as you sit here today?
10         A.  When we are listening to conversations
11     that involve something that we're not authorized
12     to listen to.  In other words, when we receive
13     authorization from the appellate division to
14     listen to enumerated crimes -- generally this was
15     a narcotics wiretap investigation -- but when
16     they talk about other crimes, you have to alert
17     the court and get permission to do that.  So
18     whenever any of our subjects talked about
19     something outside of narcotics, that was brought
20     to our attention because we had to make sure that
21     we had the proper authorization.
22         Q.  When you listened to that conversation,
23     was it recorded or was it just being fed live
24     through some device?
25         A.  No.  We can't --  prosecutors can't
```

```
 1                        M. MOLFETTA
 2      intercept calls.
 3         Q.  So it was recorded?
 4         A.  Yes.
 5              MS. MASSIMI: I'm just going to -- once
 6      again, this is the third witness in this
 7      lawsuit who has testified about this
 8      mysterious firearm wiretap that Mr. Franks
 9      was apparently on and we still haven't
10      received that tape.
11              MS. SWARTZ: Right.  And I have given
12      you my reasons for that but --
13              MS. MASSIMI: Which is that you don't
14      have it which is fine as long as someone is
15      not going to show up at trial telling this
16      interesting story about an individual
17      without a stutter talking about firearms.
18              MS. SWARTZ: So I don't think this is
19      the proper time to discuss it but --
20              MS. MASSIMI: I'm just -- I'm just
21      raising it again on the record so it's
22      clear that this is the third person who has
23      testified about it.  We haven't received
24      that tape, probably because it doesn't
25      involve Sundra Franks.
```